UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

___

CHARLIE COLEMAN,

    Plaintiff,

Case No. 2:23-cv-172

v.

Honorable Maarten Vermaat

UNKNOWN KENT et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: August 6, 2024

/s/ *Maarten Vermaat*
Maarten Vermaat
United States Magistrate Judge