UNITED STATES DISTRICT COURT
Western District of Michigan
NORTHERN DIVISION

FILED - GR
September 3, 2024 1:25 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /9/3

CHARLIE COLEMAN,
        Plaintiff,
V.                                              Case No. 2:23-cv-172
Brandon Kent et al.,                            Honorable Maarten Vermaat
        Defendants,

## Notice of Appeal

In accordance with the opinion of Judgement on August 6, 2024 the plaintiff's action was dismissed without Prejudice. Plaintiff is now asking the honorable court to grant a Appeal for case no. 2:23-cv-172. In accordance with the opinion of First Amendment Retaliation. Plaintiff would like to redress and argue the fact that he is allowed to sue under color law and request case is sent back to the trial court for case to proceed.

This is a forma Notice of Appeal request from the Plaintiff. to challenge that in deed his complaint has merit and states a claim.

Respectfully,
/s/ Charlie O. Coleman
Charlie Coleman
Ionia Corr. Facility
1576 West Bluewater Hwy
Ionia, MI 48846

Dated: 8/21/2024

1 OF 1

NAME: CHARLIE O. COLEMAN
Number: 379771
Address: IONIA MAXIMUM FACILITY
Address: 1576 W. Bluewater HWY
Ionia, MI 48846

GRAND RAPIDS MI 493
29 AUG 2024 PM 5 L

CLERK U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W
Grand Rapids, MI 49503

OFFICIAL BUSINESS

49503-236399