**1**

UNITED STATES DISTRICT COURT
Western District Of Michigan

Re: Case no. 24-1737-cv-
originating Case no. 2:23-cv-172

Hon.

CHARLIE OMAR COLEMAN
   Plaintiff,

-v-

Brandon Kent, et al
   Defendants
(In their Individual capacity)

Jury Trial Demanded

There is no other pending or resolved civil action arising out of some transaction or occurances as alleged in this complaint.

## I. Jurisdiction And Venue

1. This is a civil action authorized by 42 U.S.C § 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the United States. This court has jurisdiction under 28 U.S.C § 1331 and 1343(a)(3).

2. The Western District Court is an appropriate venue under 28 U.S.C § 1391 (b)(2), because it is where the events giving rise to this complaint occured.

## II. Plaintiff, 8

3. The Plaintiff, Charlie Omar Coleman #379771 (herein after "Plaintiff") is/was at all times mentioned, a prisoner in Michigan Department of Corrections ("MDOC"), Located at: Marquette Branch Prison ("MBP") 1960 U.S HWY 41 South, Marquette, MI 49855.

1.

4. The plaintiff seeks to redress the violation of his First Amendment, Right to be free from Retaliation. Eight Amendment, right to be free from cruel & unusual punishment, right to free of assault & battery. Fourteenth Amendment right to due process, Right to equal protection, right to be free from discrimination. Concluding, the right to be treated by Health care.

### III. Defendant(s).

5. Defendant(s) Brandon Kent, SGT Allen, Capt. Leach, and Thomas O. Mohrman (herein after "Defendants") is/was employeed as correctional officers here at MBP and in this complaint. In addition MBP medical (herein after ("Custody Staff") is/were employeed as healthcare personnels here at MBP. Defendants is collectively ident- -ified as ("custody staff") here in this complaint.

### IV. Statements Of Facts.

6. On 11/08/2021, while being released from segregation. Plaintiff was stopped by c/o Kent. Who demanded the plaintiff to take a signed cell evaluation form. The plaintiff denied to take the cell evaluation sheet. Due to mooc policy, cells must be inspected by prisoner and authorized staff. To reassure inmate and housing staff that no property of the state is missing, damaged, or tampered with. After plaintiff explained this issue to c/o Kent. The defendant began to curse at the plaintiff. Saying "You motherfucking nigger! Take this fucking cell sheet before I send you back to segregation!" At that moment the plaintiff threathened to file a grievance against c/o Kent for his vulgar and offensive

2.

speech directed towards him. Which were meant to degrade the plaintiffs self-image. Plaintiff was escorted by third party staff ("unknown") to his cell without incident.

7. On the day of March 5th, 2022. C/O Kent was making mail delivery rounds. Where he stopped and handed plaintiff mail. Following company policy, the plaintiff retrieved his mail from the state envelope, folded it in half and placed it on his bars, where C/O Kent retrieved it, and walked away from plaintiff's cell B-20.

8. Moments later, Plaintiff felt a prick in his left eye, while watching television. It was a crumbled envelope now lying on his cell floor. Instinctively the plaintiff raises from his bed in defense grabbing the object from the floor that struck him in the eye. With his left eye shut from the pain and irritation of his retina. He stood two feet away from C/O Kent. Now cursing, and harrassing the plaintiff stating that he had thrown the object at him, and the defendant dared the plaintiff to counter act to his assualt. Which Kent initiated first.

9. While C/O Kent carried on, Plaintiff made direct eye contact with defendant and threathen to file a grievance against him. For his cruel & unusual behavior he had displayed against him. The defendant yelled "Do it and I'll fuck you up again nigger!" This is when the Plaintiff reacted through his cell bars and struck C/O Kent in his face. Plaintiff was placed in segregation.

10. While in segregation prisoner/plaintiff filed a grievance against C/O Kent for cruel & unusual punishment with the emphasis of defendants violation of plaintiffs 8th Amendment.

3.

11. On 03/05/2022. Same day of the incident. Captin. Leach refused to review camera footage in the plaintiffs defense apond request during his review of his misconduct written by c/o Kent for assault & battery. Prisoner/plaintiff explained to Capt. Leach that the camera footage would prove that c/o Kent had initated the conflict and struck him first which would prove his innocence of defense in his statement. Capt. Leach stated "I'm not requesting shit, you coward you can rot in seg". After refusing to follow protocol, by investingating the Plaintiffs misconduct. The plaintiff threathened to file a grievance against Capt. Leach. This is when Capt. Leach stated 'boldly' "You can't file a grievance on a misconduct you dumb fucker" And left the area of EB-11

12. On March 8th 2022, Prisoner Coleman filed a medical kite for the damage to his left eye specifically which had become red and infected and hard to open. MBP Health care refused to treat plaintiff injured eye: Knowning that this was a serious matter. Plaintiff was delayed medical eye exam for a total of eight months. Causing plaintiff eye to heal untreated.

13. On 3/29/2022. SGT. Allen interviewed the plaintiff on his grievance against c/o Kent. SGT. Allen said that the plaintiff was lying in his grievance. Stating that c/o Kent never initated the conflict or assaulted the plaintiff first on the day of the assault incident and the plaintiff is in seg. for assault on staff not assault on inmate. This is when the plaintiff pointed out to SGT Allen that if he had reviewed the camera he would surely see c/o Kent striking the plaintiff first..

4.

14. SGT. Allen stated. "I'm never gonna go against my collegue I'm not checking shit. So deal with your punishment" After violating plaintiff's due process with his discriminating actions. SGT. Allen terminated plaintiffs grievance review unjustly.

15. On 4/04/2022. Plaintiff grievance was denied by Capt. Leach. Who is deemed a conflict of intrest Since he had already denied the plaintiff the right to assistance by retrieving camera footage on his misconduct report. on 3/05/2022. By signing grievance denyinal, Leach show bias judgement in favar of his co-worker words against the plaintiff which he is guilty of constitutional violation of subordanates.

16. During plaintiffs misconduct hearing. The hearing Investigator non-party said he reviewed the camera and he saw defendant Kent initiate the incident on 03/05/2022. The hearing officer Thomas Morhman Stated that he to viewed the same footage and saw that c/o Kent initiated the altercation on 3/05/22. But found plaintiff guilty of assault on staff. Defendant Mohrman had failed to act to prevent unlawful conduct demostrated on camera by c/o Kent. Resulting in a unjust verdict against the plaintiff.

## V. Exhaustion of Remedies

17. The plaintiff has exhausted his administrative remedies with respect to all claims and all defendants.

The plaintiff realleged and incorporated by reference in paragraphs 1-17.

5.

## VI Legal Claims

2. Proposed Amended Complaint

### A. Excessive Force Claim:

18. The actions committed by the Defendant alleged in this complaint. Where c/o Kent used excessive force to assault and batter the plaintiff. When striking him in the left eye with the crumbled envelope for no penological explaination was done out of pure malice on camera. Defendant Kent retrieves the envelope from the plaintiff's cell bars, walks away without incident and comes back to cause harm to the plaintiff. As camera footage reveals defendant shove his arm inside the plaintiffs cell with force. This is when the defendant made physical contact that was wanton. As a result plaintiff suffered eye injury that was untreated. Defendant Kent violated plaintiff's Eighth Amendment to the U.S constitution. Causing malicious and sadistic acts of violence against the plaintiff. Which allege claim holds merit. under excessive use of force causing injury.

### B. Retaliation Claim:

1.) The actions committed by Kent when he retaliated against plaintiff when plaintiff threathened to file a grievance on both occasions of vulgar and racial offessive speech gives motive of Kent retalitory actions stating he would f**k the plaintiff up again is a meritable adverse act of retaliction which the second time Kent physically harmed the plaintiff. Which all together is a pattern of derogatory treatment, physical harm towards the plaintiff. These allegations are meritable to allege (3) adverses of actions

6.

of Retaliation. These are claims that arises from plaintiff threathening to file grievances against c/o Kent and followed through exhausting his remedies on administrative stage. An inmate of ordinary firmness would be deterred from exercising his First Amendment rights based on Kent's history of confronting plaintiff and direct threats of physical harm. Furthermore, this allegation is a meritable and firm violation of plaintiff's First Amendment right to be free of Retaliation by Defendant Kent causing a breach in protected conduct.

### C. Equal Protection Claim.

2. The Fourteeth Amendment forbids a state to "deny any person within its jurisdiction the equal protection of the laws." This means all persons similarly situated should be treat alike. The action of Defendant Kent when he stated to plaintiff on two occasions, calling the plaintiff a "nigger" violated plaintiff right to be free of racial discrimination. Kent repeatedly used racial slurs against the plaintiff, is evidence that his threats and assualt were motivated by racial animus. And this claim is based on plaintiff's equal-protection rights, that was substauntally related to the physical harm against the plaintiff. Which defendant Kent had violated the plaintiffs Fourteeth Amendment right to be free of racial discrimination. Bring new light to the Plaintiffs eighth amendment claim. To the U.S Constitution.

7.

19. The actions alleged by the Defendant SGT Allen, where he denied plaintiff camera footage during grievance review. Violated plaintiffs Due process under the Fourteeth Amendment to the U.S constitution

20. The actions as alleged by Capt. Leach in this complaint where he deliberately denied plaintiff camera footage in defense of plaintiffs misconduct. Violated plaintiffs Due process and By siding with the defendant is a violation of plaintiffs right to be free of discrimination under the Fourteeth Amendment to the U.S constitution

21. The actions committed by defendant Wobram allege of finding plaintiff guilty of the misconduct after viewing camera footage and identifying that c/o Kent was the iniatial perpetrature of the incident stated in this complaint Violated plaintiffs Due process and right to a proper hearing by discrimination under the Fourteeth Amendment to the U.S constitution

22. The actions as alleged by MBP Healthcare when he/she deliberately denied plaintiff medical treatment after plaintiff Kited them of his injury occur by custody staff. Violated plaintiff's right to adequate healthcare & deliberate indiffenerence under the Eight Amendment to the U.S constitution.

## VII. Relief Sought;

Wherefore, The Plaintiff humbly request the courts grant the following relief:

A. Award compensatory damages in favor of the plaintiff in the following relief:

1. $250,000.00 Severally against Defendant Kent for his violation of plaintiffs Eighth Amendment using excessive force that resulted in a injury to plaintiffs left eye stated in this complaint. The wanton infliction of pain was done out of racial animus against plaintiff. 8.

2. $250,000.00 severally against Defendant Kent in his violation of equal protection against plaintiff, By using racial slurs done out of malicious and sadistic approach to deduce the plaintiffs morale fiber showing adverse actions of verbal abuse causing plaintiff mental pain as the word "nigger" was directed to plaintiff twice over alleged in this complaint. Violating the plaintiffs Fourteeth Amendment to the U.S constitution.

3. $125,000.00 severally against Defendant Kent for his retalitory actions alleged in this complaint, because plaintiff threathened and filed grievance against Kent. which motivated Kents adverse actions of racial slurs, derogatory treatment and physical harm against plaintiff alleged in this complaint. Kent violated plaintiffs Right to be free of Retaliation under the First Amendment to the U.S constitution.

4. $100,000.00 Severally against Defendant Kent for his adverse actions against the plaintiff in this complaint. Solely under Emotional Distress (ADA). Plaintiff is/was under a doctors care when his First, Eighth and Fourteeth Amendment was violated by Defendant Kent. Plaintiff still suffers mental pain from this event.

5. $100,000 Severally against Defendants SGT. Allen & Capt Leach for the violation of plaintiff Due process and Discrimatory action under the Fourteeth Amendment to the U.S constitution

6. $100,000.00 severally against Defendant Mohram for the violat- of plaintiff right to a proper hearing under the Fourteeth Amendment to the U.S constitution

7. $100,000.00 severally against MBP Health Care, for the violation of plaintiffs right to health care & deliberate indifference under the Eight Amendment to the U.S

9.

Constitution.

B. Award punitive damages in favor of the plaintiff in the following relief:

7. $50,000.00 against Brandon Kent
8. $20,000.00 against MBP Health Care
9. $20,000.00 against Capt. Leach
10. $20,000.00 against SGT. Allen

C. Declartory Statement signed under the oath of perjury by the defendent that He/she violated plaintiffs constitutional rights and state law. In favor of the plaintiff in the following statement:

1(a). Severally against Brandon Kent. That on 11/22/2021 Defendant Kent violated plaintiffs First and Fourteeth Amendment by retaliation and equal-protection. On 3/05/22. Defendant Kent violated plaintiffs First, Eight & Fourteeth Amendment by retaliation, excessive use of force and equal protection. All violations which were purely motivated by racial animus.

D. Award the Plaintiff of the following Relief:

2.(a). Award of institutional points deducted from the plaintiffs institutional classification record and immediately change custody status from Level V to Level II/IV And schedule immediate transfer from Level V facility to Lower Level II/IV custody facility. Since plaintiff was scheduled to transfer to lower level facility during this incident occurance.

E. Award plaintiff fees, fines, and court debt cost against Defendant Brand Kent. For plaintiff having to file these complaints both District and Federal appeal. Cothcir. 2024.

10.

6. Award Plaintiff any other relief this court may deem just and equitable in favor of the plaintiff

## VIII Verification

I, Charlie Omar Coleman, pursuant to 28 U.S.C § 1746, declared under the penalty of perjury that the foregoing statements made in this complaint are true and correct, and I am willing to testify in court to the truthfulness of the statements made here in this complaint.

Date: September 16/2025

Truthfully Submitted
s. Charlie O. Coleman
x Charlie Omar Coleman

cc: pf files 9/16/2025

11.